IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN PHILLIP BEALL, JR.            PLAINTIFF

      v.        Civil No. 6:08-cv-06062

DAVID TURNER, Sheriff,
Clark County, Arkansas; and
JACKIE NEWBURN, Jail
Administrator, Clark County
Detention Center            DEFENDANTS

## JUDGMENT

By order entered on July 29, 2009 (Doc. 17), this case was scheduled for a bench trial on January 6, 2010. The parties were advised to file their response to the scheduling order by **no later than December 7, 2009** (Doc. 17).

Plaintiff has failed to respond to the scheduling order. Additionally all mail sent to the Plaintiff since November has been returned as undeliverable with a notation that he is no longer incarcerated at the West Tennessee Detention Facility. Plaintiff has not advised the Court of his new address. Plaintiff has not otherwise communicated with the Court.

In a show cause order entered on October 23, 2009, Plaintiff was reminded of his obligation to keep the Court and Defendants' counsel informed of his current address at all times. He was further informed that failure to keep the Court informed of changes in his address would result in the summary dismissal of this case.

This case is dismissed based on Plaintiff's failure to respond to the Court's scheduling order and his failure to keep the Court informed of his current address. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 15th day of December 2009.

           /s/ Barry A. Bryant
           HON. BARRY A. BRYANT
           UNITED STATES MAGISTRATE JUDGE